appeal, with directions to enter a judgment in accordance with the views expressed herein.

*Judgment affirmed in part and reversed and remanded with directions.*

Irma Nagy, Appellant, v. Theodore Karrels et al., Defendants. Joseph Moroney, Appellee.

Gen. No. 44,326.

opinion filed December 15, 1948; rehearing denied January 21, 1949; released for publication January 21, 1949. Kellam Foster, for appellant; Edward A. Biggs, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.

Grant J. Cowher, Appellant, v. Pennsylvania Railroad Company, Appellee.

Gen. No. 44,312.

opinion filed December 30, 1948; rehearing denied January 21, 1949; released for publication January 21, 1949. Edward B. Henslee, for appellant; Francis H. Monek and Melvin L. Griffith, of counsel; Theodore Schmidt, P. J. Cronin and Barrett, Barrett, Costello & Barrett, for appellee; John W. Costello and Wendell H. Shanner, of counsel. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**

## Rosario Gallo, Appellant, v. Baltimore and Ohio Chicago Terminal Railroad Company and North Western Railway Company, Appellees.

### Gen. No. 44,558.

opinion filed December 30, 1948; released for publication January 21, 1949. Harold E. Marks, for appellant; Rawlins & Wright and E. W. Lademann, for certain appellee; Fay Warren Johnson, of counsel; Lowell Hastings and Drennan J. Slater, for certain other appellee. Opinion by JUSTICE KILEY. **Not to be published in full.**